JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENEDINA HERNANDEZ DURAN, | Case No.: EDCV 20-1448-KS |
| Plaintiff, | |
| vs. | ORDER AND JUDGMENT OF DISMISSAL |
| ANDREW SAUL, | |
| Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal that was filed on November 23, 2020, IT IS HEREBY ORDERED AND ADJUDGED that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE:   November 24, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

-1-